UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA W.,

                 Plaintiff,

      v.

COMMISSIONER OF SOCIAL SECURITY,

                 Defendant.

No. 25-CV-2301 (KMK)

ORDER ADOPTING
REPORT & RECOMMENDATION

KENNETH M. KARAS, United States District Judge:

On March 20, 2025, Patricia W. ("Plaintiff") brought this case pursuant to 42 U.S.C. §§ 405(g) seeking judicial review of a decision by the Commissioner of Social Security to deny Plaintiff's application for Social Security Income ("SSI") benefits. (*See* Compl. (Dkt. No. 1).)[1] The Court referred the case to Magistrate Judge Andrew E. Krause ("Judge Krause") pursuant to pursuant to 28 U.S.C. § 636(b)(1)(A). (Dkt. No. 7.) Plaintiff filed a brief in support of her appeal, the Commissioner filed a brief in response, and Plaintiff filed a reply brief. (*See* Dkt. No. 12 ("Pl.'s Mem."); Dkt. No. 16 ("Def.'s Mem."); Dkt. No. 17 ("Reply").) On March 13, 2026, Judge Krause issued a Report and Recommendation ("R&R") recommending that the Court remand this case for further administrative proceedings in accordance with sentence four of 42 U.S.C. § 405(g), and not solely for the calculation of benefits. (Report and Recommendation ("R&R") (Dkt. No. 18).) No objections were filed. [2]

---

[1] In citations to record materials, the Court refers to page numbers as automatically generated by the Electronic Case Filing system.

[2] Judge Krause provided notice that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule 72(b) of the Federal Rules of Civil Procedure, objections to the R&R were due within fourteen days from the receipt of the R&R, and that the failure to object would constitute a waiver of either Parties' right to raise any objections to this R&R on appeal. (*See* R&R 24–25.)

Because no objections have been filed, the Court reviews the R&R "only for clear error on the face of the record." *See Brennan v. Colvin*, No. 13-CV-6338, 2015 WL 1402204, at *1 (S.D.N.Y. Mar. 25, 2015) (quotation marks omitted); *see also Torres v. Golden Home Furniture Inc.*, No. 20-CV-4789, 2023 WL 3791807, at *1 (S.D.N.Y. June 2, 2023) (same); *ExxonMobil Oil Corp. v. TIG Ins. Co.*, No. 16-CV-9527, 2022 WL 17070111, at *1 (S.D.N.Y. Nov. 17, 2022) (same).  Having reviewed the R&R for clear error and finding none, the Court adopts the R&R in its entirety.

Accordingly, it is hereby:

ORDERED that Plaintiff's Motion (Dkt. No. 11) is GRANTED consistent with the R&R (*i.e.* insofar as it sought remand for further administrative proceedings), and the case is remanded for further administrative proceedings in accordance with sentence four of 42 U.S.C. § 405(g), and not solely for the calculation of benefits.  The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. No. 11 and to close this case.

SO ORDERED.

Dated:    May 4, 2026
          White Plains, New York

_____
KENNETH M. KARAS
United States District Judge