**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
 PATRICIA W.,

                         Plaintiff,                 25 **CIVIL** 2301 (KMK)

      -v-                                   **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                         Defendant.
-----------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 4, 2026, Plaintiff's Motion (Dkt. No. 11) is GRANTED consistent with the R&R (i.e. insofar as it sought remand for further administrative proceedings), and the case is remanded for further administrative proceedings in accordance with sentence four of 42 U.S.C. § 405(g), and not solely for the calculation of benefits.

**Dated:**  New York, New York

     May 5, 2026

                                      **TAMMI M. HELLWIG**
                                       **Clerk of Court**

                           **BY:**

                                   _____
                                     **Deputy Clerk**